UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES LLC and VERIZON SELECT SERVICES INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ENDSTREAM COMMUNICATIONS, LLC,<br><br>    *Defendant*. | Case No. 22-MC-16 |

**NOTICE OF MOTION OF MCI COMMUNICATIONS SERVICES LLC
AND VERIZON SELECT SERVICES INC. TO ENFORCE
SUBPOENA DUCES TECUM TO ENDSTREAM COMMUNICATIONS, LLC**

PLEASE TAKE NOTICE that Plaintiffs MCI Communications Services LLC and Verizon Select Services Inc. (together, "Verizon"), by and through its undersigned counsel, move to enforce a subpoena duces tecum to Defendant Endstream Communications, Inc. ("Endstream") pursuant to Federal Rules of Civil Procedure 26(c) and 45(d). Verizon, relying upon its memorandum of points and authorities in support of its motion to enforce and the exhibits attached thereto, will move this Court, at a date and time to be determined by the Court, before a judge to be assigned, for an order compelling Endstream to comply fully with the subpoena within 14 days.

DATED:  January 18, 2022 Respectfully submitted,

By: <u>*/s/  Andrew M. Hetherington*</u>
Andrew M. Hetherington (Bar No. AH7948)
**KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: ahetherington@kellogghansen.com

*Counsel for MCI Communications Services LLC and Verizon Select Services Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served copies of the foregoing via email to the following:

| SERVICE LIST |
|---|
| Erik Levitt<br>Endstream Communications, LLC<br>401 East 34th Street, Suite N27J<br>New York, NY 10016<br>Email: elevitt@endstream.com<br><br>Alexander McDonald Laughlin<br>Odin, Feldman & Pittleman, P.C.<br>1775 Wiehle Avenue, Suite 400<br>Reston, VA 20190<br>Email: alex.laughlin@ofplaw.com<br><br>*Attorney for Core Communications, Inc.*<br><br>Michael A. Gruin<br>Stevens & Lee<br>17 North Second Street<br>16th Floor<br>Harrisburg, PA 17101<br>Email: mag@stevenslee.com<br><br>*Attorney for Core Communications, Inc.* |