UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**VERIZON SELECT SERVICES INC., et al.,**

                                  Petitioners,

          -against-

**ENDSTREAM COMMUNICATIONS, LLC,**

                                  Respondent.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2022

22-MC-00016 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On January 20, 2022, the Honorable Ronnie Abrams referred this case to me for resolution of Petitioners' motion to enforce Respondent's compliance with a subpoena duces tecum. A conference to discuss this matter is scheduled for Friday, February 4, 2022, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

    Respondent's time allotted to oppose the motion is stayed pending further order of the Court. Petitioner is ordered to serve a copy of this order on Respondent, and to file an affidavit of such service no later than January 25, 2022.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:    New York, New York
                 January 21, 2022