UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**VERIZON SELECT SERVICES INC., et al.,**

                    Petitioners,

    -against-

**ENDSTREAM COMMUNICATIONS, LLC,**

                    Respondent.

------------------------------------------------------------------X

22-MC-00016 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The Court held a conference to discuss Petitioners' motion to compel Respondent's compliance with a subpoena duces tecum on February 4, 2022, at 11:00 a.m. Petitioners appeared; Respondent did not. Petitioners' counsel represented, however, that he recently spoke with Respondent's counsel, that Respondent is in the process of producing documents and intends to continue to do so, and that the parties are cooperating to resolve this matter in good faith. Accordingly, Petitioners shall file a letter informing the Court of the status of Respondent's production no later than February 25, 2022.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:    New York, New York
              February 4, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2022